Carolyn D. Phillips    #103045
Attorney at Law
P. O. Box 5622
Fresno, California  93755-5622
Telephone:   559/248-9833
Fax:  559/248-9820

Attorney for defendant Alston Elkan

**IN THE UNITED STATES DISTRICT COURT IN AND FOR**

**THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:10-mj-00046 MJS |
| Plaintiff, | DEFFENDANT ALSTON ELKAN'S NOTICE OF WAIVER OF PERSONAL APPEARANCE |
| v. | |
| ALSTON ELKAN, | |
| Defendant. | |

Defendant, ALSTON ELKAN, hereby waives his right to be present in person at the hearing of any motion or other proceeding in this case, including trial setting, trial confirmation, motions hearings, the ordering of a continuance, or any other action taken by the Court before trial, except upon arraignment and plea, impaneling of jury and imposition of sentence.

Defendant hereby requests that the Court proceed during his every absence which the Court may permit pursuant to this waiver, including the scheduled status hearing currently set before Judge M. J. Seng, June 29, 2010 at 10:00 a.m.

Defendant Alston Elkan's Waiver of Personal Appearance;
*U. S. v. Alston Elkan*, Case No. 1:10-mj-00046 MJS

1

Mr. Elkan agrees that his interests will be deemed represented at all times by the presence of his attorney, Carolyn D. Phillips, the same as if he was personally present; and further agrees to be present in person in Court ready for trial any day and hour the Court may choose in his absence.

Defendant, Mr. Elkan, further acknowledges that he has been informed of his rights under Title 18, United States Code, Section 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under the Act without defendant being present.

Dated: June 23, 2010                  /s/ Alston Elkan
                                      Alston Elkan
                                      Defendant


Dated: June 23, 2010                  /s/ Carolyn D. Phillips
                                      Carolyn D. Phillips
                                      Attorney for Defendant
                                      Alston Elkan

**ORDER**

**IT IS SO ORDERED.**

Dated: 6/24/2010

                                      /s/ Michael J. Seng
                                      Honorable M. J. Seng
                                      United States Magistrate Judge

Defendant Alston Elkan's Waiver of Personal Appearance;
*U. S. v. Alston Elkan*, Case No. 1:10-mj-00046 MJS

2

Defendant Alston Elkan's Waiver of Personal Appearance;
*U. S. v. Alston Elkan*, Case No. 1:10-mj-00046 MJS

3