Carolyn D. Phillips #103045

Attorney at Law

P.O. Box 5622

Fresno, California  93755-5622

559/248-9833


Attorney for Alston Elkan




IN THE UNITED STATES DISTRICT COURT IN AND FOR THE

EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES, | Case No. 1:10-mj-00046 MJS |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE HEARING AND [PROPOSED] ORDER THEREON |
| v. | |
| ALSTON ELKAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto, and

through their representatives, that the hearing currently set for September 14, 2010

be continued to <u>October 19, 2010 at 10:00 a.m</u>.

  The request is being made to allow the parties to pursue negotiations, complete discovery and investigations in reparation for trial.

| | |
|---|---|
| Dated:  September 13, 2010 | Respectfully submitted, |
| | <u>/s/Carolyn Phillips</u><br>CAROLYN PHILLIPS<br>*Attorney for Defendant*<br>*Alston Elkan* |
| Dated:  September 13, 2010 | NATIONAL PARK SERVICE |
| | By: <u>/s/ Susan St. Vincent</u><br>SUSAN ST. VINCENT<br>*Acting Legal Officer for*<br>*National Park Service* |

### <u>ORDER CONTINUING HEARING DATE</u>

IT IS SO ORDERED.

Dated:   September 13, 2010  /s/ *Michael J. Seng*
            UNITED STATES MAGISTRATE JUDGE