Carolyn D. Phillips #103045
Attorney at Law
P.O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for Alston Elkan

IN THE UNITED STATES DISTRICT COURT IN AND FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | Case No. 6:10-mj-00046 MJS |
| *Plaintiff,* | STIPULATION TO TAKE TRIAL CONFIRMATION HEARING AND TRIAL OFF CALENDAR AND SET HEARING FOR CHANGE OF PLEA AND SENTENCE, AND PROPOSED ORDER THEREON |
| v. | |
| ALSTON ELKAN, | |
| *Defendant.* | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their representatives, that the trial confirmation hearing set in this matter for January, 4, 2011at 10:00 a.m., be taken off calendar, and the trial set in this matter for January 20, 2011 be taken off calendar and the matter set for plea and sentencing hearing February 1, 2011 at 10:00 a.m..

The request is being made as the parties believe they have reached resolution of this matter.

*Stipulation to Take Trial Confirmation Hearing and Trial Off Calendar and Set Hearing for Change of Plea and Sentence; and Proposed Order Thereon, U.S. v. Elkan, Case No. 1:10-mj-00046 MJS*

1

Dated: January 3, 2011            Respectfully submitted,

/s/Carolyn Phillips
CAROLYN PHILLIPS
Attorney for Defendant
Alston Elkan

Dated: January 3, 2011            NATIONAL PARK SERVICE

By: /s/ Susan St. Vincent
SUSAN ST. VINCENT
Acting Legal Officer for
National Park Service

### ORDER

The trial confirmation hearing set for January 4, 2011 at 10:00 a.m., and the trial set for January 20, 2011, shall be taken off calendar. A hearing for a change of plea and sentence is to be set for February 1, 2011 at 10:00.

IT IS SO ORDERED.

Dated:   January 4, 2011

/s/ *Michael J. Seng*

UNITED STATES MAGISTRATE JUDGE

*Stipulation to Take Trial Confirmation Hearing and Trial Off Calendar and Set Hearing for Change of Plea and Sentence; and Proposed Order Thereon, U.S. v. Elkan, Case No. 1:10-mj-00046 MJS*

2