Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: 209-372-0243

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT, ) | CASE: 6:10-MJ-046-YNP |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION TO VACATE |
| vs. ) | PLEA AND SENTENCE; AND |
| ) | ORDER THEREON |
| ALSTON A. ELKAN, ) | |
| ) | |
| Defendant. ) | Court: U.S. Magistrate |
| ) | Judge: Honorable Michael J. Seng |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal officer for the National Park Service, Defendant, Alston Elkan, and his attorney of record, Carolyn D. Phillips *that* the plea and sentence in the above-captioned matter currently scheduled for February 1, 2011 be vacated.  The parties have entered into a Deferred Prosecution Agreement.

Dated: January 26, 2011              /s/ Susan St. Vincent
                                     Susan St. Vincent
                                     Acting Legal Officer for
                                     National Park Service

Dated: January 27, 2011              /s/ Carolyn D. Phillips
                                     Carolyn D. Phillips
                                     Attorney for
                                     Alston Elkan

1

* * * ORDER * * *

The Court, having reviewed the above request to vacate the Plea and Sentence, now set for February 1, 2011,

The Plea and Sentence set for February 1, 2011, is vacated.

IT IS SO ORDERED.

Dated:   February 1, 2011            /s/ *Michael J. Seng*
                                       UNITED STATES MAGISTRATE JUDGE